1  MCGREGOR W. SCOTT
   United States Attorney
2  MARK E. CULLERS
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
6
7
8
9              IN THE UNITED STATES DISTRICT COURT
10             FOR THE EASTERN DISTRICT OF CALIFORNIA
11 UNITED STATES OF AMERICA,    )
                                )   No.  1:98CR05079 OWW
12                    Plaintiff,)
                                )
13       v.                     )
                                )
14 SOCRATES G. DOMINGO,         )   MOTION TO DISMISS INDICTMENT
   EMMANUEL G. UMALI, and       )   AGAINST EVELINA SABIO
15 EVELINA P. SABIO,            )
                                )
16                    Defendants.)
   _____)
17
18       Plaintiff United States of America, by and through its
19 undersigned counsel, and pursuant to Fed. R. Crim. P. 48, moves to
20 dismiss the indictment in the above-captioned action filed on March
21 6, 1998.
22       It is the government's belief that Evelina Sabio learned of the
23 investigation in the underlying case (and a corresponding case out
24 of the Sacramento division, United States v. Martin S. Rosman, CR.S.
25 98-00383 EJG) and fled the country to avoid charges.  More than
26 eight years have passed since the indictment was returned in this
27 case.
28

When the defendant was arrested in Las Vegas in June 2007 she was interviewed and admitted, at least in part, to some of her involvement with the illegal activity charged.  The government proceeded to review and evaluate the evidence still in its possession and otherwise available to the government.  Notwithstanding the partial confession, the government has concluded that given the passage of time there is insufficient evidence available to move forward with the criminal prosecution of this defendant as charged.

Accordingly, the government respectfully requests that the Court dismiss the indictment against Evelina Sabio and release her from custody ordered as a result of the indictment in the above-referenced case.[1]

DATED: July 10, 2007                           MCGREGOR W. SCOTT
                                               United States Attorney


                                         By:   s/s Mark E. Cullers
                                               MARK E. CULLERS
                                               Assistant U.S. Attorney

---

[1] It is not known to the government at this time if Evelina Sabio will still be subject to detention on the basis of immigration concerns.  She is also subject to detention in the Sacramento case mentioned above.  A Motion to Dismiss the Sacramento case has been filed on the same grounds.

2

1  MCGREGOR W. SCOTT
   United States Attorney
2  MARK E. CULLERS
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
6
7              IN THE UNITED STATES DISTRICT COURT
8            FOR THE EASTERN DISTRICT OF CALIFORNIA
9
   UNITED STATES OF AMERICA,    )
10                              )   No.  1:98CR05079 OWW
                    Plaintiff,  )
11                              )
        v.                      )
12                              )
   SOCRATES G. DOMINGO,         )   ORDER TO DISMISS INDICTMENT
13 EMMANUEL G. UMALI, and       )   AGAINST EVELINA SABIO
   EVELINA P. SABIO,            )
14                              )
                    Defendants. )
15 _____)
16
17                             ORDER

18      Based on the motion of the government, and GOOD CAUSE APPEARING

19 THEREFORE, the Court hereby orders that the indictment against

20 Evelina Sabio, on March 6, 1998, be and is hereby dismissed.

21 Effective the date of this Order, Evelina Sabio shall be released

22 from custody ordered as a result of the indictment in the above-

23 referenced case.

24 IT IS SO ORDERED.

25 **Dated:   July 11, 2007**              **/s/ Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE
26
27
28

                                  2